1  JOHN M. MURRAY, ESQ. (FL. BN 157325)
   CHRISTOPHER S. MORIN, ESQ. (FL. BN 177600)
2  NATHAN M. WHEAT, ESQ. (FL. BN 86602)
   MURRAY, MORIN & HERMAN, P.A.
3  101 East Kennedy Boulevard, Suite 1810
   Tampa, Florida 33602
4  (813) 222-1800 (T)
   (Admission to Nevada Pro Hac Vice Pending)
5
   G. DAVID ROBERTSON, ESQ. (SBN 1001)
6  KIRK C. JOHNSON, ESQ. (SBN 4299)
   ROBERTSON, JOHNSON, MILLER & WILLIAMSON
7  50 West Liberty Street, Suite 600
   Reno, Nevada 89501
8  (775) 329-5600 (T)
   Counsel for Defendants Aero-Trans Corporation
9

10

11            **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13

14

15  EDWARD LARSON,

16         PLAINTIFF,                          Case No.: 3:12-CV-00156-LRH-WGC

17  v.                                         **STIPULATION AND ORDER FOR**
                                                **DISMISSAL WITH PREJUDICE**
18  DIRK J. LEEWARD, personal representative of
    the Estate of James K. Leeward, AERO-TRANS
19  CORPORATION d/b/a LEEWARD
    AERONAUTICAL SALES; a Florida
20  corporation, BLACK and WHITE
    CORPORATIONS I to X and DOES 1 to 20,
21
           Defendants.
22

23         IT IS HEREBY STIPULATED by and between Plaintiff EDWARD LARSON, and

24  Defendants DIRK J. LEEWARD, personal representative of the Estate of James K. Leeward,

25  AERO-TRANS CORPORATION d/b/a LEEWARD AERONAUTICAL SALES, that the within

26  action may be dismissed with prejudice, each party to assume and pay its or his own court costs

27  and attorneys' fees.  All deposits, if any, shall be returned to the parties.

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
PAGE 1

1    WHEREFORE, in light of the foregoing stipulation, the undersigned parties respectfully

2    request that the Court enter an order dismissing the within action with prejudice.

3    Respectfully submitted this 11th day of September, 2013.

4
5                          MURRAY, MORIN & HERMAN, P.A.
                           101 East Kennedy Boulevard, Suite 1810
                           Tampa, Florida 33602
6                          (813) 222-1800 (T)
                           (813) 222-1801 (F)
7

8                          By: ___/s/ *Christopher S. Morin*_____
                           John M. Murray, Esq.
9                          Christopher S. Morin, Esq.
                           Nathan M. Wheat, Esq.
10                          (Admission to Nevada Pro Hac Vice Pending)
                           *Attorneys for Defendants*
11                         *Aero-Trans and Leeward Estate*

12
13                         LAW OFFICE OF JOHN F. KIRSCH
                           432 Court Street
                           Reno, NV  89501
14                         (775) 348-2666 (T)
                           (775) 786-5573 (F)
15                         *Attorney for Plaintiff Edward Larson*

16                         By: ___/s/ *John F. Kirsch*_____
                           John F. Kirsch, Esq.
17

18

19                              **ORDER**

20    The Court, having considered the Stipulation submitted by the parties hereto and good

21    cause having been found,

22    **IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

23    DATED  this ___12th___ day of __September_____ _____, 2013.

24

25

26    _____
      UNITED STATES DISTRICT JUDGE
27

28

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
PAGE 2