1  JOHN M. MURRAY, ESQ. (FL. BN 157325)
   CHRISTOPHER S. MORIN, ESQ. (FL. BN 177600)
2  NATHAN M. WHEAT, ESQ. (FL. BN 86602)
   MURRAY, MORIN & HERMAN, P.A.
3  101 East Kennedy Boulevard, Suite 1810
   Tampa, Florida 33602
4  (813) 222-1800 (T)
   (Admission to Nevada Pro Hac Vice Pending)
5
   G. DAVID ROBERTSON, ESQ. (SBN 1001)
6  KIRK C. JOHNSON, ESQ. (SBN 4299)
   ROBERTSON, JOHNSON, MILLER & WILLIAMSON
7  50 West Liberty Street, Suite 600
   Reno, Nevada 89501
8  (775) 329-5600 (T)
   Counsel for Defendants Aero-Trans Corporation
9

10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13

14
   EDWARD LARSON,
15
          PLAINTIFF,                        Case No.: 3:12-CV-00156-LRH-WGC
16
   v.                                       **STIPULATION AND ORDER FOR**
17                                          **DISMISSAL WITH PREJUDICE**
   DIRK J. LEEWARD, personal representative of
18 the Estate of James K. Leeward, AERO-TRANS
   CORPORATION d/b/a LEEWARD
19 AERONAUTICAL SALES; a Florida
   corporation, BLACK and WHITE
20 CORPORATIONS I to X and DOES 1 to 20,

21        Defendants.

22

23       IT IS HEREBY STIPULATED by and between Plaintiff EDWARD LARSON, and

24 Defendants DIRK J. LEEWARD, personal representative of the Estate of James K. Leeward,

25 AERO-TRANS CORPORATION d/b/a LEEWARD AERONAUTICAL SALES, that the within

26 action may be dismissed with prejudice, each party to assume and pay its or his own court costs

27 and attorneys' fees.  All deposits, if any, shall be returned to the parties.

28

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
PAGE 1

WHEREFORE, in light of the foregoing stipulation, the undersigned parties respectfully request that the Court enter an order dismissing the within action with prejudice.

Respectfully submitted this 11th day of September, 2013.

        MURRAY, MORIN & HERMAN, P.A.
        101 East Kennedy Boulevard, Suite 1810
        Tampa, Florida 33602
        (813) 222-1800 (T)
        (813) 222-1801 (F)

By:   /s/ *Christopher S. Morin*
        John M. Murray, Esq.
        Christopher S. Morin, Esq.
        Nathan M. Wheat, Esq.
        (Admission to Nevada Pro Hac Vice Pending)
        *Attorneys for Defendants*
        *Aero-Trans and Leeward Estate*

LAW OFFICE OF JOHN F. KIRSCH
432 Court Street
Reno, NV 89501
(775) 348-2666 (T)
(775) 786-5573 (F)
*Attorney for Plaintiff Edward Larson*

By:   /s/ *John F. Kirsch*
        John F. Kirsch, Esq.

### ORDER

The Court, having considered the Stipulation submitted by the parties hereto and good cause having been found,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED this 12th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE